AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 09, 2024**

SEAN F. McAVOY, CLERK

Keisha L Stephens

*Plaintiff*

v.

Capital One

*Defendant*

Civil Action No. 2:23-cv-00366-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This action is DISMISSED without prejudice for failing to pay the filing fee pursuant to 28 U.S.C. § 1914(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

Date: 2/9/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz

*(By) Deputy Clerk*

Nicole Cruz